UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JAYLEN DOCKERY,<br><br>　　　　　　Defendant. | CAUSE NO. 3:25cr80(02) DRL-SJF |

ORDER

The court has reviewed the findings and recommendation of Magistrate Judge Scott J. Frankel filed December 30, 2025. Jaylen Dockery pleaded guilty to unlawful possession of a firearm as a felon (count 1), *see* 18 U.S.C. § 922(g)(1), and unlawful possession of a machine gun (count 2), *see* 18 U.S.C. § 922(o). No party objected, and the time to object has passed. The court now adopts the findings and recommendation in their entirety. Subject to this court's consideration of any plea agreement pursuant to Federal Rule of Criminal Procedure 11(c), the plea of guilty to these offenses as charged in the indictment is hereby accepted, and the defendant is adjudged guilty of these offenses.

　　SO ORDERED.

　　January 14, 2026　　　　　　　　　　　　　　*s/ Damon R. Leichty*
　　　　　　　　　　　　　　　　　　　　　　　　Judge, United States District Court